

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-15-00022-CV

**IN THE MATTER OF PAR, A JUVENILE,**

From the County Court at Law, Medina County, Texas
Trial Court No. 1753
Honorable Vivian Torres, Judge Presiding

# O R D E R

Appellant's brief in this juvenile appeal was originally due on April 1, 2015. Neither the brief nor a motion for extension of time has been filed. Appellant is represented on appeal by appointed counsel Ms. Sara Ruth Spector. It is therefore ORDERED that Ms. Spector file appellant's brief <u>no later than May 1, 2015</u>.

If Ms. Spector does not file appellant's brief by May 1, 2015, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his appeal; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing.

The Clerk of this court shall cause a copy of this order to be served on Ms. Spector by certified mail, return receipt requested, and by United States mail. The Clerk of this court shall also fax a copy of this order to the Honorable Vivian Torres, presiding judge of the Medina County, Texas, County Court at Law.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court